UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRAD DONOVAN, *et al.*,

　　　　Plaintiffs,

　　v.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., *et al.*,

　　　　Defendants.

Case No. C15-0801RSL

ORDER OF REMAND

　　　　On May 26, 2015, the Court ordered defendants to provide the citizenship of each owner/member of DHM Mortgage Servicing, LLC, and/or AMS Servicing, LLC, in order to establish that federal jurisdiction exists. See 28 U.S.C. § 1332(a) the federal court's basic diversity jurisdiction extends to "all civil actions where the matter in controversy exceeds . . . $75,000 . . . and is between . . . citizens of different States."); Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "like a partnership, an LLC is a citizen of every state of which its owners/members are citizens").

　　　　Defendants' initial and supplemental responses (Dkt. # 12 and # 16) are insufficient: although they provide information from which the citizenship of certain

ORDER OF REMAND - 1

entities holding an ownership interest in the named defendants can be ascertained, most of the relevant owners, trustees, and partners have not been disclosed, leaving both plaintiffs and the Court unable to verify their citizenship. Because "it is to be presumed that a cause of action lies outside the limited jurisdiction of the federal courts and the burden of establishing the contrary rests upon the party asserting jurisdiction," the Court "resolves all ambiguity in favor of remand to state court." Hunter v. Philip Morris USA, 582 F.3d 1039, 1042 (9th Cir. 2009) (internal quotation marks and alterations omitted).

The Clerk of Court is therefore directed to REMAND this matter to King County Superior Court. Defendants' request for a two week extension of time in which to show cause (Dkt. # 13) is DENIED as moot.

Dated this 18th day of June, 2015.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF REMAND - 2